IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYCAMORE PARTNERS MANAGEMENT, L.P. (F/K/A SYCAMORE PARTNERS MANAGEMENT, L.L.C.), SYCAMORE PARTNERS, L.P., AND SYCAMORE PARTNERS A, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ENDURANCE AMERICAN INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, ZURICH AMERICAN INSURANCE COMPANY, XL SPECIALTY INSURANCE COMPANY, STARR INDEMENITY & LIABILITY COMPANY, MARKEL AMERICAN INSURANCE COMPANY, ARGONAUT INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, IRONSHORE INDEMNITY INC., AND EVEREST NATIONAL INSURANCE COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 18-1650 (MN) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **ORDER**

At Wilmington, this 30th day of July 2019:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Plaintiffs Sycamore Partners Management, L.P. (f/k/a Sycamore Partners Management, L.L.C.), Sycamore Partners, L.P., and Sycamore Partners A, L.P.'s Motion to Remand to Superior Court of Delaware (D.I. 6) is GRANTED. This case is REMANDED to the Superior Court of the State of Delaware.

2

2. Defendant Starr Indemnity & Liability Company's Motion to Transfer Venue to the Southern District of New York (D.I. 16) is DENIED AS MOOT.

*[signature: Maryellen Noreika]*
The Honorable Maryellen Noreika
United States District Judge